AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| JOYCE REDDELL, Individually and as Personal Representative on Behalf of the Wrongful Death Beneficiaries of CORY ALAN JACKSON <br><br> *Plaintiff(s)* <br> v. <br> RANKIN COUNTY, MISSISSIPPI; VITALCORE HEALTH STRATEGIES, LLC; DAVID ELLIS, Individually and in Official Capacity; et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:24-cv-264-KHJ-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rankin County, Mississippi
c/o Rankin County Board of Supervisors
Attn: Mark S. Scarborough, Rankin County Chancery Clerk
Rankin County Chancery Courthouse
203 North Street
Brandon, Mississippi 39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  LaToya T. Jeter
BROWN BASS & JETER, PLLC
1755 Lelia Drive (39216)
Post Office Box 22969
Jackson, Mississippi 39225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: May 10, 2024

ARTHUR JOHNSTON, CLERK
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

K. Schutz, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Southern District of Mississippi

JOYCE REDDELL, Individually and as Personal Representative on Behalf of the Wrongful Death Beneficiaries of CORY ALAN JACKSON )
)
)
)
*Plaintiff(s)*
)
v. ) Civil Action No. 3:24-cv-264-KHJ-MTP
)
RANKIN COUNTY, MISSISSIPPI; VITALCORE HEALTH STRATEGIES, LLC; DAVID ELLIS, Individually and in Official Capacity; et al. )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VitalCore Health Strategies, LLC
719 SW Van Buren Street, Suite 100
Topeka, Kansas 66603

c/o Registered Agent - Corporation Service Company
109 Executive Drive, Suite 3, Madison, Mississippi 39110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LaToya T. Jeter
BROWN BASS & JETER, PLLC
1755 Lelia Drive (39216)
Post Office Box 22969
Jackson, Mississippi 39225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON, CLERK
*CLERK OF COURT*

Date: May 10, 2024

*Signature of Clerk or Deputy Clerk*

K. Schutz, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

JOYCE REDDELL, Individually and as Personal Representative on Behalf of the Wrongful Death Beneficiaries of CORY ALAN JACKSON

*Plaintiff(s)*

v.

RANKIN COUNTY, MISSISSIPPI; VITALCORE HEALTH STRATEGIES, LLC; DAVID ELLIS, Individually and in Official Capacity; et al.

*Defendant(s)*

Civil Action No. 3:24-cv-264-KHJ-MTP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* David Ellis
Rankin County Sheriff's Department
221 North Timber Street
Brandon, Mississippi 39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LaToya T. Jeter
BROWN BASS & JETER, PLLC
1755 Lelia Drive (39216)
Post Office Box 22969
Jackson, Mississippi 39225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 10, 2024

ARTHUR JOHNSTON, CLERK
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

K. Schutz, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| JOYCE REDDELL, Individually and as Personal Representative on Behalf of the Wrongful Death Beneficiaries of CORY ALAN JACKSON <br><br> *Plaintiff(s)* <br><br> v. <br><br> RANKIN COUNTY, MISSISSIPPI; VITALCORE HEALTH STRATEGIES, LLC; DAVID ELLIS, Individually and in Official Capacity; et al. <br><br> *Defendant(s)* | Civil Action No. 3:24-cv-264-KHJ-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* David Glenn Hicks
Rankin County Sheriff's Department
221 North Timber Street
Brandon, Mississippi 39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LaToya T. Jeter
BROWN BASS & JETER, PLLC
1755 Lelia Drive (39216)
Post Office Box 22969
Jackson, Mississippi 39225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 10, 2024

ARTHUR JOHNSTON, CLERK
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

K. Schutz, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| JOYCE REDDELL, Individually and as Personal Representative on Behalf of the Wrongful Death Beneficiaries of CORY ALAN JACKSON <br><br> *Plaintiff(s)* <br> v. <br> RANKIN COUNTY, MISSISSIPPI; VITALCORE HEALTH STRATEGIES, LLC; DAVID ELLIS, Individually and in Official Capacity; et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  3:24-cv-264-KHJ-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Greg McLendon
Rankin County Sheriff's Department
221 North Timber Street
Brandon, Mississippi 39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LaToya T. Jeter
BROWN BASS & JETER, PLLC
1755 Lelia Drive (39216)
Post Office Box 22969
Jackson, Mississippi 39225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 10, 2024

ARTHUR JOHNSTON, CLERK
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

K. Schutz, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| JOYCE REDDELL, Individually and as Personal Representative on Behalf of the Wrongful Death Beneficiaries of CORY ALAN JACKSON<br><br>*Plaintiff(s)*<br>v.<br>RANKIN COUNTY, MISSISSIPPI; VITALCORE HEALTH STRATEGIES, LLC; DAVID ELLIS, Individually and in Official Capacity; et al.<br><br>*Defendant(s)* | Civil Action No. 3:24-cv-264-KHJ-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mark Clark
Rankin County Detention Center
221 North Timber Street
Brandon, Mississippi 39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LaToya T. Jeter
BROWN BASS & JETER, PLLC
1755 Lelia Drive (39216)
Post Office Box 22969
Jackson, Mississippi 39225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON, CLERK
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Date: May 10, 2024

K. Schutz, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| JOYCE REDDELL, Individually and as Personal Representative on Behalf of the Wrongful Death Beneficiaries of CORY ALAN JACKSON <br><br> *Plaintiff(s)* <br> v. <br> RANKIN COUNTY, MISSISSIPPI; VITALCORE HEALTH STRATEGIES, LLC; DAVID ELLIS, Individually and in Official Capacity; et al. <br><br> *Defendant(s)* | Civil Action No. 3:24-cv-264-KHJ-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tonya Reynolds
Rankin County Detention Center
221 North Timber Street
Brandon, Mississippi 39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  LaToya T. Jeter
BROWN BASS & JETER, PLLC
1755 Lelia Drive (39216)
Post Office Box 22969
Jackson, Mississippi 39225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 10, 2024

ARTHUR JOHNSTON, CLERK
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

K. Schutz, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| JOYCE REDDELL, Individually and as Personal Representative on Behalf of the Wrongful Death Beneficiaries of CORY ALAN JACKSON <br><br> *Plaintiff(s)* <br> v. <br><br> RANKIN COUNTY, MISSISSIPPI; VITALCORE HEALTH STRATEGIES, LLC; DAVID ELLIS, Individually and in Official Capacity; et al. <br><br> *Defendant(s)* | Civil Action No.  3:24-cv-264-KHJ-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Debra Murphy
Rankin County Detention Center
221 North Timber Street
Brandon, Mississippi 39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LaToya T. Jeter
BROWN BASS & JETER, PLLC
1755 Lelia Drive (39216)
Post Office Box 22969
Jackson, Mississippi 39225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 10, 2024

ARTHUR JOHNSTON, CLERK
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

K. Schutz, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| JOYCE REDDELL, Individually and as Personal Representative on Behalf of the Wrongful Death Beneficiaries of CORY ALAN JACKSON <br><br> *Plaintiff(s)* <br> v. <br> RANKIN COUNTY, MISSISSIPPI; VITALCORE HEALTH STRATEGIES, LLC; DAVID ELLIS, Individually and in Official Capacity; et al. <br><br> *Defendant(s)* | Civil Action No. 3:24-cv-264-KHJ-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Andrew White
Rankin County Detention Center
221 North Timber Street
Brandon, Mississippi 39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LaToya T. Jeter
BROWN BASS & JETER, PLLC
1755 Lelia Drive (39216)
Post Office Box 22969
Jackson, Mississippi 39225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: May 10, 2024

ARTHUR JOHNSTON, CLERK
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

K. Schutz, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| JOYCE REDDELL, Individually and as Personal Representative on Behalf of the Wrongful Death Beneficiaries of CORY ALAN JACKSON <br><br> *Plaintiff(s)* <br> v. <br> RANKIN COUNTY, MISSISSIPPI; VITALCORE HEALTH STRATEGIES, LLC; DAVID ELLIS, Individually and in Official Capacity; et al. <br><br> *Defendant(s)* | Civil Action No. 3:24-cv-264-KHJ-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jason McQueary
Rankin County Detention Center
221 North Timber Street
Brandon, Mississippi 39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LaToya T. Jeter
BROWN BASS & JETER, PLLC
1755 Lelia Drive (39216)
Post Office Box 22969
Jackson, Mississippi 39225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 10, 2024

ARTHUR JOHNSTON, CLERK
*CLERK OF COURT*

*K. Schutz*

*Signature of Clerk or Deputy Clerk*

K. Schutz, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| JOYCE REDDELL, Individually and as Personal Representative on Behalf of the Wrongful Death Beneficiaries of CORY ALAN JACKSON <br><br> *Plaintiff(s)* <br> v. <br> RANKIN COUNTY, MISSISSIPPI; VITALCORE HEALTH STRATEGIES, LLC; DAVID ELLIS, Individually and in Official Capacity; et al. <br><br> *Defendant(s)* | Civil Action No.  3:24-cv-264-KHJ-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ben Haskin
Rankin County Detention Center
221 North Timber Street
Brandon, Mississippi 39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LaToya T. Jeter
BROWN BASS & JETER, PLLC
1755 Lelia Drive (39216)
Post Office Box 22969
Jackson, Mississippi 39225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 10, 2024

ARTHUR JOHNSTON, CLERK
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

K. Schutz, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| JOYCE REDDELL, Individually and as Personal Representative on Behalf of the Wrongful Death Beneficiaries of CORY ALAN JACKSON <br><br> *Plaintiff(s)* <br> v. <br> RANKIN COUNTY, MISSISSIPPI; VITALCORE HEALTH STRATEGIES, LLC; DAVID ELLIS, Individually and in Official Capacity; et al. <br><br> *Defendant(s)* | Civil Action No. 3:24-cv-264-KHJ-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Janice Patrick
Rankin County Detention Center
221 North Timber Street
Brandon, Mississippi 39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LaToya T. Jeter
BROWN BASS & JETER, PLLC
1755 Lelia Drive (39216)
Post Office Box 22969
Jackson, Mississippi 39225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON, CLERK
*CLERK OF COURT*

Date: May 10, 2024

*Signature of Clerk or Deputy Clerk*

K. Schutz, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

JOYCE REDDELL, Individually and as Personal Representative on Behalf of the Wrongful Death Beneficiaries of CORY ALAN JACKSON

*Plaintiff(s)*

v.

RANKIN COUNTY, MISSISSIPPI; VITALCORE HEALTH STRATEGIES, LLC; DAVID ELLIS, Individually and in Official Capacity; et al.

*Defendant(s)*

Civil Action No.  3:24-cv-264-KHJ-MTP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Betty Tucker
Rankin County Detention Center
221 North Timber Street
Brandon, Mississippi 39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  LaToya T. Jeter
BROWN BASS & JETER, PLLC
1755 Lelia Drive (39216)
Post Office Box 22969
Jackson, Mississippi 39225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: May 10, 2024

ARTHUR JOHNSTON, CLERK
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

K. Schutz, Deputy Clerk